IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANDRESHA SIMMONS,

    Plaintiff,

v.                                        CASE NO.  4:08-CV-041-SPM

SEMINOLE SUBARU INC
doing business as
KELLY SUBARU SUZUKI,

    Defendant.
_____/

### ORDER EXTENDING DEADLINES IN INITIAL SCHEDULING ORDER

THIS CAUSE comes before the Court upon the "Joint Motion for Enlargement of Time to Comply with Initial Scheduling Order" (doc. 11), in which the parties request a extension of the deadline for filing a joint report, as set forth in the initial scheduling order (doc. 9).  Finding good cause for the request, it is thus  ORDERED AND ADJUDGED as follows:

1.    The motion for enlargement of time (doc. 11) is hereby ***granted***.

2.    The parties shall file a joint report documenting the current status of this case on or before ***Tuesday, June 24, 2008***.

DONE AND ORDERED this <u>seventeenth</u> day of June, 2008.

                                                *s/ Stephan P. Mickle*
                                                Stephan P. Mickle
                                                United States District Judge