**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

ANDRESHA SIMMONS,

        Plaintiff,

v.                                    CASE NO.  4:08-CV-041-SPM

SEMINOLE SUBARU INC
doing business as
KELLY SUBARU SUZUKI,

        Defendant.

_____/

## ORDER GRANTING LEAVE TO AMEND COMPLAINT AND CONTINUE TRIAL

THIS CAUSE comes before the Court upon Plaintiff's "Motion for Leave to File First Amend Complaint" (doc. 28) and Defendant's response in opposition (doc. 31).  Plaintiff's amended complaint adds two new causes of action to this case. This request for leave to file an amended complaint was filed after Defendant's motion for summary judgment was filed.  However, no discovery has taken place in this trial and the cost expended by both parties thus far has been minimal.  Additionally, this matter has been pending for less than a year and filing of an amended complaint and conducting additional discovery is likely to add only a few months to the current trial calendar.  Therefore, allowing Plaintiff to file an amended complaint will not unduly prejudice the Defendant, especially in light of both parties' agreement to postpone the trial date, reopen discovery and allow for

the filing of revised dispositive motions. (docs. 31 and 33) Accordingly, it is

ORDERED AND ADJUDGED as follows:

1.      Plaintiff's motion to file an amended complaint (doc. 28) is hereby

**granted**.

2.      The clerk is directed to file the amended complaint (attachment 1 to

doc. 28) as of the date this order is signed.

3.      Defendant's Motion for Summary Judgment (doc. 18) is **denied as**

**moot**, without prejudice for Defendant to resubmit its complete

summary judgment arguments in response to Plaintiff's amended

complaint.

4.      Discovery shall be reopened.  The deadline for this new discovery

period is **February 20, 2009.**

5.      Any dispositive motions must be filed no later than **Monday, March**

**9, 2009**.

6.      Trial shall be rescheduled for the docket commencing **Monday,**

**April 20, 2009**, in Tallahassee, Florida.

7.      The pre-trial conference shall be rescheduled for Thursday, **April 6,**

**2009** at 1:30 pm in Gainesville Florida.

DONE AND ORDERED this thirteenth day of January, 2009.

_s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge